## Commonwealth ex rel. Gillis, Appellant, *v.* Hendrick.

Submitted September 13, 1965. *Leo Gillis,* appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McKnight, Appellant, *v.* Myers.

Submitted September 13, 1965. *William F. McKnight, Jr.,* appellant, in propria persona; *William J. Carlin,* District Attorney, for appellee.

Order affirmed.